

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Travis Lamb v. The State of Texas

Appellate case number:   01-14-00901-CR

Trial court case number:  1394200

Trial court:                     351st District Court of Harris County

      The motion for rehearing is DENIED.  The motion to publish is DENIED.  It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                     Acting for the Court

Panel consists of Justices Jennings, Higley, and Brown.

Date:  November 24, 2015